# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, a Delaware corporation, Plaintiff, v. PAUL J. KING, JR., an Illinois citizen, SANDRA DIXON JILES, an Illinois citizen, and SHAM DABADGHAO, an Illinois citizen, Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

XL SPECIALTY INSURANCE COMPANY

```
FILED: APRIL 25, 2008
08CV2377 RCC
JUDGE HIBBLER
MAGISTRATE JUDGE VALDEZ
```

| NAME (Type or print) |
|---|
| T. Scott Leo |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ T. Scott Leo |

| FIRM |
|---|
| Leo & Weber, PC. |

| STREET ADDRESS |
|---|
| One N. LaSalle St., Suite 3600 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 03127352 | 312-857-0910 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |