## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number: 08CV2377

XL SPECIALTY INSURANCE COMPANY, a Delaware corporation,

    Plaintiff,

    v.

PAUL J. KING, JR., an Illinois citizen, SANDRA DIXON JILES, an Illinois citizen, and SHAM DABADGHAO, an Illinois citizen, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
XL SPECIALTY INSURANCE COMPANY

| | |
|---|---|
| NAME (Type or print) | |
| Joel R. Page, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Joel R. Page, Jr. | |
| FIRM | |
| Leo & Weber, PC. | |
| STREET ADDRESS | |
| One N. LaSalle St., Suite 3600 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6205463 | 312-857-0910 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |