AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

XL Specialty Insurance Company,
a Delaware corporation

v.

Paul J. King, an Illinois citizen, Sandra Dixon Jiles, an Illinois citizen, and Sham Dabadghao, and Illinois citizen

CASE NUMBER: 08CV2377 RCC
ASSIGNED JUDGE: JUDGE HIBBLER
MAGISTRATE JUDGE VALDE[Z]

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Sandra Dixon Jiles
175 E. Delaware St. #5401
Chicago, Illinois 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joel R. Page, Jr.
Leo & Weber, PC
1 N. LaSalle St., Ste 3600
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

April 25, 2008
_____
Date

# Affidavit of Process Server

**XL Specialty Insurance Comp.** vs **Sandra Dixon Jiles**   **08CV2377**
PLAINTIFF/PETITIONER / DEFENDANT/RESPONDENT / CASE #

Being duly sworn, on my oath, I **Chaundel Sammarco**,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Sandra Dixon Jiles**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons + Complaint for breach of indemnity contract

by serving (NAME) _____
at ☐ Home _____
  ☐ Business _____
  ☐ on (DATE) _____ at (TIME) _____

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☒ Other: Per Doorman moved 2 yrs ago
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☒ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: (1) 5/5/08 @ 7:48pm, (2) 5/8/08 @ 8:41pm

**Description:**
☐ Male ☐ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☐ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this **13** day of **May**, 20**08**

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.