AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

XL Specialty Insurance Company,
a Delaware corporation

|  |  |
|---|---|
| CASE NUMBER: | 08CV2377 |

V.

|  |  |
|---|---|
| ASSIGNED JUDGE: | JUDGE HIBBLER |

Paul J. King, Jr., an Illinois citizen, Sandra
Dixon Jiles, an Illinois citizen, and Sham
Dabadghao, and Illinois citizen

|  |  |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | JUDGE VALDEZ |

TO: (Name and address of Defendant)

Paul J. King, Jr.
9112 S. Constance Ave.
Chicago, Illinois 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joel R. Page, Jr.
Leo & Weber, PC
1 N. LaSalle St., Ste 3600
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*

(By) DEPUTY CLERK

April 29, 2008

Date

# Affidavit of Process Server

XL Specialty Insurance Comp. vs Paul J. King Jr.        08CV2377

PLAINTIFF/PETITIONER                    DEFENDANT/RESPONDENT        CASE #

Being duly sworn, on my oath, I  Barry A Savage Sc
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:**  I served  Paul J. King Jr.

NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage

☒ Summons + Complaint for Breach of Indemnity Contract

by serving (NAME) ___ Jane Doe

at ☐ Home  9112 S Constance

☐ Business

☐ on (DATE) 5-8-08 ___ at (TIME) 8³⁵ pm

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

## Manner of Service:

☐ By Personal Service.

☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,

namely_____

☒ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,

namely Jane Doe

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**  After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address          ☐ Evading              ☐ Other:_____
☐ Address Does Not Exist       ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:**  Service was attempted on: (    )_____, (    )_____
                                                      DATE  TIME                   DATE  TIME

(    )_____, (    )_____, (    )_____
     DATE    TIME              DATE   TIME              DATE   TIME

**Description:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☒ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"–5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☒ 5'4"–5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☒ Gray Hair | ☐ Mustache | ☒ 51-65 Yrs. | ☐ 5'9"–6'0" | ☒ 161-200 Lbs. |
| ☒ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

                                                    SERVED BY
Subscribed and sworn to before me,                  LASALLE PROCESS SERVERS
a notary public, this 13 day of May , 20 08

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NARPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.