## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

XL Speciality Insurance Company

                                Plaintiff,

v.                                              Case No.: 1:08−cv−02377
                                              Honorable William J. Hibbler

Paul J King Jr, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

       MINUTE entry before the Honorable William J. Hibbler: Defendant Paul J. King, Jr.'s Motion to extend time until 8/29/08 to answer or otherwise plead and to extend time to submit discovery schedule [13] is granted. Status hearing reset to 9/3/2008 at 09:30 AM. Parties to submit agreed proposed discovery schedule to the Court by 8/29/08. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.