IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **XL SPECIALTY INSURANCE COMPANY**, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. **08 CV 2377** |
| **PAUL J. KING, JR.**, an Illinois citizen, **SANDRA DIXON JILES**, an Illinois citizen, and **SHAM DABADGHAO**, an Illinois citizen, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Joel R. Page, Jr.
       Leo & Weber, P.C.
       One North LaSalle Street, Suite 3600
       Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on September 3, 2008, at 9:30 a..m., or as soon thereafter as counsel can be heard, we will appear before the Honorable Judge, William A. Hibbler, in Room 1225 of the United States District Court For The Northern District of Illinois, Eastern Division, and present the attached **JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD AND TO EXTEND TIME TO SUBMIT DISCOVERY SCHEDULE**, a copy of which is hereby served upon you.

                                       Respectfully submitted,

                                       Paul J. King, Jr., Defendant,

                                       By:   /s/ Kevin P. Brown
                                       One of its attorneys

Jerome F. Crotty, Esq.
Kevin P. Brown, Esq.
Rieck and Crotty, P.C.
Attorneys for Plaintiff
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 726-4646
X:\wp51\PJKING\XL Specialty Insurance Company\Pleadings\NtcMtnExtnTime02.wpd

**CERTIFICATE OF SERVICE**

      Kevin P. Brown, an attorney, certifies that she caused the within and foregoing **MOTION FOR EXTENSION OF TIME** to be served upon the above-referenced counsel via electronic notification through the Court's ECF Document Filing System and placing copies of the same in an envelope properly addressed to such counsel, with postage prepaid, and causing the same to be deposited by U.S. Mail at 55 West Monroe Street, Suite 3390, Chicago, Illinois 60603 on or before the hour of 5:00 p.m. on the 27th day of August, 2008.

                                                                 /s/ Kevin P. Brown
                                                                   Kevin P. Brown