## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
### Eastern Division

XL Speciality Insurance Company
                              Plaintiff,

v.                                            Case No.: 1:08−cv−02377
                                              Honorable William J. Hibbler

Paul J King Jr, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 9/3/2008 and continued to 10/9/2008 at 09:30 AM. Motion hearing held on 9/3/2008 regarding motion for extension of time to file [18]. Joint Motion to extend time to 9/30/08 to file answer or otherwise plead and to extend time to submit discovery schedule [18] is granted. Parties to submit joint proposed discovery schedule to the Court by 10/7/08. NO FURTHER EXTENSIONS. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.